# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES JONES, | : | Case No. 3:20-cv-00483 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| THE KROGER COMPANY, | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order. For good cause shown, the parties' Joint Motion to Amend Scheduling Order (Doc. No. 20) is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference[1] | June 28, 2022, at 3:00 p.m. |
| Discovery Deadline | July 15, 2022 |
| Dispositive Motion Deadline | August 15, 2022 |

**IT IS SO ORDERED**.

February 24, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] To participate, please call 1-888-684-8852. The ACCESS CODE: 1628120. The SECURITY CODE: 012345.