UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES JONES,

    Plaintiff,                                      Case No. 3:20-cv-483

vs.

THE KROGER COMPANY,              District Judge Michael J. Newman
                                                                   Magistrate Judge Caroline H. Gentry

    Defendant.

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE
_____

    The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

May 24, 2023                                                        s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge