IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES JONES, | * | Civil Action No. 3:20-cv-00483 |
| Plaintiff | * | |
| v. | * | |
| THE KROGER COMPANY | * | STIPULATION OF DISMISSAL |
| Defendant | * | |

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this action stipulate that the Complaint in this matter is dismissed with prejudice. Plaintiff will pay the court costs.

Dated this 26th day of June, 2023.

| | |
|---|---|
| /s/ David Torchia | /s/ Emily J. Gelhaus |
| David Torchia (0015962) | Emily J. Gelhaus (0076454) |
| Tobias, Torchia & Simon | Jackson Lewis P.C. |
| 120 E. Fourth St., Suite 302 | 201 E. Fifth Street, 26th Floor |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 241-8137 | (513) 873-2114 |
| davet@tktlaw.com | emily.gelhaus@jacksonlewis.com |
| Attorney for Plaintiff | Attorney for Defendant |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed on June 26, 2023 and will be served via the Court's CM/ECF system upon Emily J. Gelhaus, Jackson Lewis, 201 E. Fifth Street, 26th Floor, Cincinnati, Ohio 45202.

s/ David Torchia
David Torchia